UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HUNSICKER, LUPAE KATHRYN | ) CASE NO. 18-04598-JMC-13 |
| | ) |
| | ) |
| DEBTORS | ) |

**AMENDED EMERGENCY MOTION FOR ~~SANCTIONS~~ SANTIONS
FOR VIOLATION OF THE AUTOMATIC STAY**

~~Come~~Comes now the Debtor, Kathryn Lupae Hunsicker, by counsel, and respectfully moves the Court for an order holding the creditor, Indiana Department of Revenue, in contempt of court for their willful violation of §362 of the United States Bankruptcy Code.

1. The ~~Debtors~~Debtor filed a Chapter 13 bankruptcy on June 15, 2018.

2. The ~~Debtors~~Debtor listed Indiana Department of Revenue on Schedule E of their bankruptcy petition.

3. The Indiana Department of Revenue was served by electronic notice by the Bankruptcy Noticing Center on June 20, 2018.

4. On June 22, 2018 the Indiana Department of Revenue filed proof of claim number 1-1 with the Bankruptcy Clerk's office.

5. The Indiana Department of Revenue has not applied for, nor received, an order from this Court lifting the automatic stay.

6. On October 9, 2018, the Marion County Sheriff's Department, at the request of the Indiana Department of Revenue, placed a hold on debtor's checking account.

7. The Indiana Department of Revenue, by directing the Marion County Sheriff to

collect pre-petition tax liability, willfully violated the automatic stay in place in the present case.

8. On October 16, 2018 Counsel for the Debtor and IDR reached agreement that seizure was improper and the IDR agreed to return the funds seized along with reasonable attorney fees.

9. Then on October 31, 2018, IDR, through the Marion County Sherriff, levied $260.00 from debtor's joint PNC account. This joint account ~~was~~is the account used by the debtor's ~~sons which he uses~~son to pay his college tuition. The seizure of said funds has now jeopardized his ability to register for classes on November 10, 2018.

10. The IDR failure to maintain a proper systems with the collections actions of ~~Sheriffs department~~Sheriff's Department is a blatant willful disregard of the automatic stay

11. The Debtor has suffered embarrassment and fear due to the Indiana Department of Revenue's collection efforts.

12. The Debtor and non-filing son have been directly harmed by these illegal collection actions leaving them with no means to pay their ongoing expenses, jeopardizes debtor's son's ability to graduate on time if not immediately remedied, and subjecting the debtor to a potential motion to dismiss by the Trustee due to the seizure of her funds to be able to make her Trustee payment.

~~NOTICE: **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**~~

~~If you do not want the court to enter an order affecting the property, or if you want the court to consider your views on the motion, then on or before **14 days** from the date of this service, you or your attorney must file with the court a written objection explaining your position.~~

~~Those not permitted to file electronically must deliver any objection by U.S. mail, courier,~~

~~overnight/express mail, or in person at: 46 E. Ohio Street, Indianapolis, IN 46204.~~

~~If you mail your objection to the court, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also send a copy of your objection to: Sawin & Shea, 6100 N. Keystone Ave., Suite 620, Indianapolis, IN 46220.~~

~~If you or your attorney do not take these steps, the Court may decide that you do not oppose an order granting this motion.~~

WHEREFORE, the Debtors, by counsel, move the Court for an order holding the Indiana Department of Revenue in contempt of court for its willful violation of the Automatic Stay provided for in §362 of the United States Bankruptcy Code, that all of Debtor's bank ~~account~~accounts be released, and hereby request the Court award punitive damages and attorney fees incurred relating to the violation, and all other just and proper relief.

By: /s/ Richard J. Shea
Sawin & Shea, LLC
Attorneys for Debtor
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN 46220-2430
ecf@sawinlaw.com
317-255-2600

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

U.S. Trustee

Ch 13 Trustee

I further certify that a copy of the foregoing was served on the following parties by certified first-class U.S. Mail, postage prepaid:

Indiana Department of Revenue
Bankruptcy Section, N-240 MS108
100 North Senate Avenue
Indianapolis, IN 46204

Indiana Department of Revenue
IGCN N-248
100 North Senate Avenue
Indianapolis, IN 46204

Indiana Department of Revenue
Attorney General Greg Zoeller
Tax Litigation Division
302 W Washington St
Indianapolis, IN 46204

Date: November 7, 2018                              By: /s/ Richard J. Shea