UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LUPAE KATHRYN HUNSICKER | ) CASE NO. 18-04598-JMC-13 |
| | ) |
| | ) |
| DEBTOR | ) |

EMERGENCY MOTION REQUESTING AN EXPEDITED HEARING

Comes now the Debtor, Lupae Hunsicker, by counsel, and moves the Court for an Expedited Hearing on the Debtor's Motion for Sanctions for Violation of the Automatic Stay with regards to the Capital One Auto Finance, and in support whereof shows the Court as follows:

1. Debtor filed for a Chapter 13 bankruptcy proceeding on June 15, 2018.

2. Debtor filed a Motion for Sanctions for Violation of the Automatic Stay on November 12, 2019.

3. Debtors Chapter 13 plan proposed to pay the fair market value of her 2007 Honda Civic to Capital One Auto Finance in the amount of $1,000.

4. On 8/23/2018 the AIS Portfolio Services, LP on behalf of Capital One Auto Finance filed an unsecured proof of claim (Claim # 8-1) with the Bankruptcy Clerk's office.

5. Neither AIS Portfolio Services, LP nor Capital One Auto Finance objected to debtors Chapter 13 plan which was confirmed on October 11, 2018.

6. On or around August 24, 2019 Debtors 2007 Honda Civic was wrecked in a non-

fault accident and declared a total loss

7. Progressive insurance for the at fault party wishes to pay $2,362.82 to the Debtor/Trustee for the total loss.

8. Progressive Insurance claims representative Megan White has made multiple attempts to contact the supposed lien holder listed in the proof of claim to obtain the vehicle title so the insurance check can be issued but has received no cooperation from the supposed lien holder.

9. The Chapter 13 Trustee has also made multiple attempts to obtain the vehicle title from the supposed lien holder listed in the proof of claim to allow Progressive insurance to release the insurance.

10. AIS Portfolio Services, LP/Capital One Auto Finance continuing refusal to cooperate with the Trustee and Progressive Insurance has created a willful and ongoing violation of §362(a)(3) due to their continued control over Debtors 2007 Honda Civic vehicle title.

11. Pursuant to claim 8-1 there is no valid lien on the 2007 Honda Civic, but despite this admission, the title is still held by the creditor and no valid lien release has been provided to the debtor or counsel to allow a lien free title to be obtained.

12. Counsel for Debtor requests that the Court set an expedited hearing on the Motion for Sanctions for Violation of the Automatic Stay.

WHEREFORE, the Debtor, by counsel, moves the Court for an Order granting the Emergency Motion for Expedited Hearing on her Motion for Sanctions and Order to Appear and Show Cause for any other relief just and proper in the premises.

By: /s/ Richard J. Shea
Sawin & Shea, LLC

Attorneys for Debtor(s)
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN  46220-2430
ecf@sawinlaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

United States Trustee
Chapter 13 Trustee

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT  84130-0000

Capital One Auto Finance, a division of Capital One
P.O. Box 4360
Houston, TX 77210

Capital One Auto Finance
C/o D. Anthony Sottile
P.O. Box 476
Loveland, OH  45140
bankruptcy@sittileandbarile.com

I further certify that a copy of the foregoing was served on the following parties by certified first-class U.S. Mail, postage prepaid:

Capital One Auto Finance
C/o AIS Portfolio Services, LP
4515 N. Santa Fe Avenue, Dept. APS
Oklahoma City, OK  73118
**ecfnotices@ascensioncapitalgroup.com**

Capital One Auto Finance
C/o Corporation Service Company, Registered Agent
135 N. Pennsylvania Street, Ste. 1610
Indianapolis, IN  46204

Date: November 5th, 2019                                                                By: /s/ Richard J. Shea